## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VICTAULIC COMPANY,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA<br><br>                    Defendants. | Court No. 22-00022 |

## COMPLAINT

Plaintiff Victaulic Company ("Victaulic"), by and through its attorneys, alleges and states as follows:

## PARTIES

1.  Plaintiff Victaulic is a family-owned, over 100-year-old company headquartered in Easton, Pennsylvania.  Victaulic develops and manufactures piping solutions for a variety of applications, including fire protection systems and infrastructure projects such as transportation (bridges, tunnels, waterways, rail systems, and roadways), water and wastewater, oil and gas, power, and transmission.  The company has a portfolio of over 100,000 products which are supported by more than 2,000 patents globally.

2.  Victaulic is the importer of record for a number of parts specifically designed for fire protection systems including several models of brackets ("VicFlex Brackets"), and fire

sprinkler assemblies ("VicFlex Assemblies"). These parts were imported into the United States from China and are the subject of this action ("the Subject Merchandise").

3. Defendant United States, through U.S. Customs and Border Protection ("CBP"), is responsible for classifying merchandise imported into the United States under the Harmonized Tariff Schedule of the United States ("HTSUS") and collecting duties on such merchandise.

## JURISDICTION AND STANDING

4. This is a civil action commenced pursuant to 28 U.S.C. 1581(a) to contest denials of protests under 19 U.S.C. § 1515.

5. This Court possesses exclusive jurisdiction of this action under 28 U.S.C. § 1581(a).

6. All liquidated duties, taxes, and fees have been paid prior to commencement of this action.

7. Victaulic has standing to bring this action under 28 U.S.C. 2631(a) as the person who filed the subject protests pursuant to 19 U.S.C. § 1514. Victaulic is also the owner and importer of record of the Subject Merchandise. In accordance with 28 U.S.C. § 2631(a), Victaulic filed its summons to contest the denial of Victaulic's protests of the liquidations of the entries, which are the subject of this action.

## TIMELINESS OF THE ACTION

8. In accordance with 28 U.S.C. § 2636(a), this action was timely commenced within 180 days after the date of mailing of the Notices of Denial of the Protest under 19 U.S.C. § 1515(a).

**THE ASSESSMENT AND THE CLAIM**

9. The entries which are the subject of this complaint are listed in the summons filed on January 26, 2022, as amended. The entries contain the VicFlex Brackets and VicFlex Assemblies, each having a country of origin of China.

10. Victaulic entered the Subject Merchandise in the period between January 13, 2019 to July 13, 2019 under HTSUS 8424.90.9080, which describes "Mechanical appliances…for projecting, dispersing or spraying liquids…parts thereof…parts…other…other". While the Subject Merchandise was subject to a general "nil" rate of duty, it was subject to additional Section 301 tariffs of 25 percent *ad valorem* ("List 3"). *See 83 Fed. Reg. 47,974 (Sept. 21, 2018)*.

11. On April 24, 2020, the U.S. Trade Representative ("USTR") published a Federal Register Notice granting Section 301 tariff exclusions for certain items subject to List 3, including one exclusion applying to HTSUS 8424.90.9080 in its entirety. USTR indicated that these exclusions would apply retroactively as of September 24, 2018—the effective date of the List 3 Section 301 tariffs. The exclusion was further extended through various Federal Register Notices and continues as of the date of this complaint. *See 85 Fed. Reg. 23,122 (Apr. 24, 2020), 85 Fed. Reg. 48,600 (Aug. 11, 2020), 85 Fed. Reg. 85,831 (Dec. 29, 2020), 86 Fed. Reg. 13,785 (Mar. 10, 2021), 86 Fed. Reg. 54011 (Sept. 29, 2021), 86 Fed. Reg. 63,438 (Nov. 16, 2021) and 87 Fed. Reg. 17,380 (Mar. 28, 2022)*.

12. On May 1, 2020, CBP issued Cargo Systems Messaging Service ("CSMS") Number 42566220, following USTR's April 24, 2020 announcement of the exclusion for certain List 3 products. CSMS Number 42566220 instructed importers seeking refunds for List 3 tariff

duties paid on previous imports, but retroactively subject to Section 301 duty exclusions, to protest the liquidation if within the protest filing timeframe.

13. Citing CSMS Number 42566220, Victaulic submitted protests through its customs broker to request refunds for the 25 percent *ad valorem* List 3 tariffs that had been charged on past entries of Subject Merchandise imported by Victaulic under HTSUS 8424.90.9080.

14. CBP denied or partially denied the protests. CBP determined that entries of VicFlex Brackets had been misclassified and CBP instead reliquidated the entries under HTSUS 7326.90.8688, which describes "Other articles of iron or steel…Other…Other…Other" and is subject to a duty of 2.9 percent *ad valorem*. CBP separately reliquidated entries of the VicFlex Assemblies under HTSUS 8424.89.9000, which describes "Mechanical appliances …for projecting, dispersing or spraying liquids or powders;…Other Appliances…Other..." and is subject to a duty of 1.8 percent *ad valorem*. In addition, merchandise having both a country of origin of China and HTSUS classification of 7326.90.8688 or 8424.89.9000 is subject to additional Section 301 tariffs of 25 percent *ad valorem*. *See 83 Fed. Reg. 47,974 (Sept. 21, 2018) and 83 Fed. Reg. 40,823 (Aug. 16, 2018)*. CBP charged Victaulic these duties associated with the entries.

15. In this case, Victaulic submits that the VicFlex Brackets and the VicFlex Assemblies should instead be properly classified under HTSUS 8424.90.9080, which describes "Mechanical appliances…for projecting, dispersing or spraying liquids…parts thereof…parts…other…other", and are subject to a "nil" rate of duty. HTSUS 8424.90.9080 is also excluded from Section 301 tariffs, per exclusions which apply to entries dated September 24, 2018 or later. *See 85 Fed. Reg. 23,122 (Apr. 24, 2020), 85 Fed. Reg. 48,600 (Aug. 11, 2020),*

*85 Fed. Reg. 85,831 (Dec. 29, 2020), 86 Fed. Reg. 13,785 (Mar. 10, 2021), 86 Fed. Reg. 54011 (Sept. 29, 2021), 86 Fed. Reg. 63,438 (Nov. 16, 2021) and 87 Fed. Reg. 17,380 (Mar. 28, 2022).*

16. Victaulic claims that the VicFlex Brackets are properly classified as "parts" under HTSUS 8424.90.9080, where the brackets are an integral part of the sprinkler system, without which the sprinkler system would not work as intended. VicFlex Brackets are specially designed for and dedicated solely for use with Victaulic specific sprinkler parts.

17. The VicFlex Assemblies cannot be classified as "mechanical appliances" for projecting dispersing or spraying liquids under HTSUS 8424.89.9000, as they are not a working unit unto themselves. The VicFlex Assemblies are instead properly classified as "parts" of a larger sprinkler system under HTSUS 8424.90.9080.

## THE SUBJECT MERCHANDISE

18. VicFlex Brackets and VicFlex Assemblies are each parts of larger fire sprinkler systems. A complete system is designed and engineered for every individual application by a professional fire protection engineer, utilizing a wide variety of parts and dependent on the type and intended use of the facility. The fire sprinkler system is engineered using a variety of parts, including pipes and fittings, fire protection products such as branch outlets, system valves, local valves, sprinkler heads, and engineered brackets and flexible hoses. Each part works with the other elements to carry out the primary function of a building's fire suppression system, which is to detect heat from a fire event, then activate and spray water in order to extinguish or suppress a fire.

VicFlex Brackets

19. VicFlex Brackets are an essential and integral part of a fire sprinkler system. VicFlex Brackets ensure that a hose assembly and sprinkler head maintain their position both in

order to be correctly activated in response to a fire event, as well as to resist the thrust applied by the sprinkler head while spraying, so that a fire can be extinguished effectively.

20.     VicFlex Brackets that were imported and are the subject of this complaint are models AB1, AB2, AB3, AB4, AB5, AB7, ABBA, ABMM, VB2 and VB3.  The models differ from one another in how they are installed and contain specific features.  For example, AB1, AB2, AB4, AB5, AB7, VB2 and VB3 style brackets are for ceiling attachment installations.  AB3, ABBA, and ABMM style brackets are for surface mount applications.  VicFlex Bracket models AB2, AB4, AB5, ABBA, and ABMM enable vertical sprinkler adjustment from below an installed ceiling tile or drywall.

21.     All bracket models listed above are specifically engineered to be compatible only with matching parts from Victaulic.  Further, VicFlex Brackets include features and functions which are unique to Victaulic.  For instance, all ceiling installation brackets have special alignment slots when used for the T-bar of ceiling applications and enable easy adjustment to accommodate the ceiling grid when used in grid applications.  Additionally, surface-mount application brackets, such as the ABBA and ABMM models, can be used in a variety of mounting configurations such as in a pendent, upright, from a sidewall or from a square rod.  These VicFlex Brackets are versatile in that they can be used for temporary fire protection in spaces that are under construction and be reused in the finished construction.

22.     A VicFlex Bracket is a highly engineered product that constitutes an essential and integral part of a fire sprinkler system.  A VicFlex Bracket is specially designed for and dedicated solely for use with a Victaulic sprinkler system and provides an indispensable structural framework for the sprinkler to function.  A VicFlex Bracket is needed to secure directly to the ceiling or wall structure and maintain the sprinkler head (which is attached to the

end of a flexible sprinkler hose) in its intended position to ensure detection of the heat plume from the fire, and then during activation by resisting the upward thrust force experienced during a sprinkler head discharge. In addition, a VicFlex Bracket and its associated flexible sprinkler hose, are specifically tested and approved *only together as a unit* by certification bodies (such as Underwriters Laboratories ("UL") and FM Approvals ("FM") for installation and use in fire protection systems.

23. Certification bodies such as UL and FM require that brackets, as anchoring parts of a flexible sprinkler hose, undergo a number of tests before they are certified as safe and permitted to be installed in fire sprinkler systems. While each certification body sets its own specific standard, the tests essentially determine whether the brackets are able to maintain the sprinkler head in its intended operating position when the sprinkler head discharges water at very high pressures. Similarly, safety-certified brackets are also required to withstand high force typically applied to the outlet in the event of a sprinkler head discharge and are required to stay connected with the hose assembly under various forms of vibration.

24. Brackets that are unable to maintain the sprinkler head in its operating position or that leak or rupture in response to the thrust and vibration applied generally cannot be safety-certified and installed as part of fire sprinkler systems in the United States.

25. All models of VicFlex Brackets are safety-certified under the standards set by UL or FM. The VicFlex Bracket therefore plays an active role in ensuring the proper spraying function of the sprinkler head and in maintaining the overall integrity of the fire sprinkler system. The functionality and safety provided by the VicFlex Bracket is critical to a fire sprinkler system.

26. VicFlex Brackets are also specifically engineered to address other safety issues that non-Victaulic sprinkler systems do not. Due to gravity, ceiling movement, and even seismic

events, ceiling tiles are prone to settlement.  VicFlex Brackets actively secure the sprinkler hose assembly directly to the ceiling structure, and move with the structure, maintaining the same position relative to a suspended ceiling even after settlement occurs.  When the VicFlex Bracket attaches to the suspended ceiling plane and the braided hose connects to the distribution piping, the system can operate as intended, and parts can move independently of each other to ensure correct sprinkler alignment.  In this regard, a VicFlex Bracket plays an active, critical role in safe and effective activation and operation of the fire sprinkler system.

27.  VicFlex Brackets of models AB2, AB4, AB5, ABBA and ABMM enable vertical system adjustment, which helps optimize system safety by ensuring proper system alignment with the ceiling tiles. In the absence of the adjustment, a sprinkler head could be located too high relative to the ceiling, causing the water to hit the ceiling rather than the fire plume. The vertical adjustment features of these VicFlex Bracket models therefore facilitate the accurate spraying of water towards the fire rather than the ceiling.

28.  VicFlex Brackets are not generic.  Rather, they include patented products that are specifically sized and designed exclusively for use with specific Victaulic sprinkler hoses and end fittings, and they cannot function as intended with another company's products.  These brackets are tested and safety-certified together with specific hose assemblies for installation and use as a larger assembly unit.  As a result, no other company's products would be able to be installed into the VicFlex Brackets per UL and FM listing approvals and related code requirements.  Doing otherwise would violate the UL and FM listing certifications and, consequently, state and municipal laws implementing those standards.

VicFlex Assemblies

29. The imported VicFlex Assembly comprises three component parts to fulfill the spraying function of the Victaulic fire sprinkler system, which include: (i) a flexible portion, which allows the sprinkler to be routed around obstacles (e.g., framing or ductwork) (ii) an outlet end which includes the heat responsive element (bulb) that would react in the case of a fire and (iii) an inlet end which attaches to the branch line. In the event of a fire, the bulb breaks, releasing a spring mechanism attached to a flexible linkage connecting the inlet and outlet end. This linkage then releases the seal at the inlet, allowing water to flow through the sprinkler hose assembly and out to the fire.

30. While the VicFlex Assemblies are imported as an assembly of subcomponents (e.g., the hose assembly, bushing and cable subassembly, inlet frame subassembly and VicFlex dry pendant), when installed, a VicFlex Assembly itself is part of a larger assembly unit.

31. VicFlex Assemblies require specific Victaulic bracket models for installations and are neither designed nor safety approved to be used with other brackets or products of other companies. The VicFlex Assemblies are to be used exclusively with VicFlex Bracket styles VB1, VB2, VB3 and VB4 (the brackets of style VB1 and VB4 are not subject to this appeal). The VicFlex Assembly is imported separately from its brackets with which it is designed to work, but both are marketed, sold and installed together *as part of one larger assembly unit*. A VicFlex Assembly and its brackets are only approved by relevant safety organizations as a system (requiring both the hose and the bracket) – the VicFlex Assembly and VicFlex Brackets have to be tested together and can only be installed together per UL and FM listings. This also means that the VicFlex Assembly could not be legally used with a non-approved bracket (or vice

versa) in a jurisdiction that requires the use of "listed" parts, that is, many jurisdictions in the United States, including all major metropolitan areas.

32. The VicFlex Assembly by itself cannot carry out the function of putting out a fire. VicFlex Brackets are integral to the functioning of the VicFlex Assembly. Without the brackets, the sprinkler head, which is part of the VicFlex Assembly, would swerve uncontrollably in all directions and not be able to spray where needed. Accordingly, without a VicFlex Bracket, a VicFlex Assembly on its own would be unable to effectively put out fires and would cause potential damage to the surrounding structure.

## STATEMENT OF CLAIMS

## COUNT ONE

## VicFlex Brackets are Properly Classified as HTSUS 8424.90.9080 "Mechanical Appliances… for Projecting, Dispersing or Spraying Liquids or Powders … Parts Thereof…Parts…Other"

33. Paragraphs 1 through 32 are incorporated by reference.

34. VicFlex Brackets are properly classified as "parts" of mechanical appliances for projecting, dispersing or spraying liquids or powders because they are "integral parts" of the fire sprinkler system. Without the bracket, the spraying appliance cannot function as intended. VicFlex Brackets are designed specifically to play an active role in the proper and safe functioning of a fire sprinkler system.

35. For both ceiling and surface mount installations, a VicFlex Bracket is necessary to secure the assembly unit directly to the ceiling or wall structure and to maintain the fire sprinkler head (which is attached to the end of the flexible sprinkler hose) in its intended direction and location, which is perpendicular to and within a certain distance below the ceiling or wall. In

ceiling applications, if the sprinkler hose assembly is located too high, the sprinkler will spray the ceiling and not the fire.  If it is too low, heat that is gathering under the ceiling from a fire (which may not be located directly under the sprinkler) may take too long to activate the sprinkler.

36.	Further, upon activation of a sprinkler head in response to a fire, a VicFlex Bracket ensures that the sprinkler head remains in its operating position by resisting the upward thrust force experienced during a sprinkler head discharge.  Resisting this thrust force, which is significant, is a critical aspect of passing the UL and FM testing guidelines.  Without the engineered bracket functionality, the sprinkler head would not operate as designed or safety approved.  A sprinkler hose that hangs from a ceiling or wall without being secured by a VicFlex Bracket would compromise the safety of the sprinkler system, as upon discharge of water the sprinkler head would sway uncontrollably in all directions and cause significant damage to the ceiling or wall.  An unsecured sprinkler head would thus fail to accurately spray water over a fire thereby seriously compromising the safety expected of a fire protection system.

37.	VicFlex Brackets are specifically sized, designed and dedicated solely for use with Victaulic sprinkler hose assemblies.  VicFlex Brackets are only certified to operate with specific Victaulic sprinkler hose assemblies and cannot be used for any other application or be used with flexible sprinkler assemblies designed by other companies.  VicFlex Brackets are also essential to the overall function of a fire sprinkler system because once they are installed, a sprinkler head cannot properly or safely function without a VicFlex Bracket.

38.	Pursuant to HTSUS Additional U.S. Rule of Interpretation Rule 1(c) and Explanatory Note for 7326, VicFlex Brackets are more appropriately classified under HTSUS 8424 as the brackets are specially designed for and dedicated solely for use with a larger

Victaulic fire sprinkler system. HTSUS 8424, which accurately addresses the VicFlex Brackets, prevails over the classification in a residual basket provision such as HTSUS 7326.90.86.88.

39. VicFlex Brackets cannot be excluded from Chapter 84 because they are not "parts of general use" under Note 1(g) of Section XVI, which refers to items under Note 2 to Section XV, including items classified under heading 7326. VicFlex Brackets provide an indispensable structural framework for a Victaulic fire sprinkler system to function. Additionally, as noted above VicFlex Brackets are specifically designed for use with a Victaulic fire sprinkler system. Accordingly, VicFlex Brackets are not "parts of general use" and cannot be excluded from HTSUS Chapter 84 pursuant to Note 2(a) of Section XV.

40. Per General Note 2(b) to Section XVI of the HTSUS, VicFlex Brackets should be classified under HTSUS 8424 as the brackets are "suitable for use solely or principally with a particular kind of machine," namely a Victaulic fire sprinkler system.

## COUNT TWO

**VicFlex Assemblies are Properly Classified as HTSUS 8424.90.9080 "Mechanical Appliances… for Projecting, Dispersing or Spraying Liquids or Powders … Parts Thereof…Parts…Other"**

41. Paragraphs 1 through 40 are incorporated by reference.

42. The VicFlex Assembly is not a fully working unit by itself and cannot be classified as a mechanical appliance under HTSUS 8424.89.9000.

43. A VicFlex Assembly is not a working unit as it requires additional parts and connectivity, such as VicFlex Brackets, to function as intended as part of a fire sprinkler system. VicFlex Brackets are needed to ensure that the sprinkler head component of a VicFlex Assembly does not sway and maintains its position and is able to put out a fire effectively.

44. VicFlex Assemblies are merely one part of a larger fire sprinkler system, that system being more appropriately classified as an HTSUS 8424.89.9000 appliance for "projecting, dispersing or spraying liquids," rather than merely the VicFlex Assembly by itself.

45. VicFlex Assemblies are properly classified under HTSUS 8424.90.9080 as "parts" of the fire protection system where the main function of the larger system incorporating the VicFlex Assembly is to disperse and spray liquids to put out fires. The VicFlex Assembly is clearly integral to that purpose, solely used for the system, and essential to the operation of the system. The VicFlex Assembly alone cannot accomplish that purpose and for that reason should be properly classified as "parts" under HTSUS 8424.90.9080.

\*     \*     \*

**PRAYER FOR RELIEF**

Wherefore, Plaintiff respectfully requests that this Court enter judgment in favor of the Plaintiff:

(1) holding that the VicFlex Brackets are properly classified under HTSUS 8424.90.9080 as "Mechanical appliances (whether or not hand operated) for projecting, dispersing or spraying liquids or powders…; parts thereof…Parts…Other;"

(2) holding that the VicFlex Assemblies are properly classified under HTSUS 8424.90.9080 as "Mechanical appliances (whether or not hand operated) for projecting, dispersing or spraying liquids or powders; …; parts thereof…Parts…Other;"

(3) declaring that the Subject Merchandise is properly excluded from Section 301 tariffs pursuant to the applicable exclusion notice, originally published at 85 Fed. Reg. 23,122 (Apr. 24, 2020) and any extensions issued thereafter;

(4) directing CBP to reliquidate the entries involving Subject Merchandise and issue refunds of the excess customs duties and fees assessed and paid, with interest as provided by law; and,

(5) granting Plaintiff such other additional relief as may be just and proper.

Date: July 15, 2022

                                            Respectfully submitted,

                                            /s/ Nancy A. Fischer
                                            Nancy A. Fischer
                                            Benjamin J. Cote
                                            Moushami P. Joshi

                                            Pillsbury Winthrop Shaw Pittman LLP
                                            1200 Seventeenth Street, N.W.
                                            Washington, DC  20036
                                            (202) 663-8000
                                            nancy.fischer@pillsburylaw.com

                                            *Counsel to Victaulic Company*

## CERTIFICATE OF SERVICE

Pursuant to U.S. Court of International Trade Rule 4(h), I hereby certify that on July 15, 2022, Plaintiff's Complaint was served on the following parties by certified mail, return receipt requested:

| | |
|---|---|
| Attorney-In-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>26 Federal Plaza<br>New York, NY 10278 | Chief Counsel Scott K. Falk<br>Office of Chief Counsel<br>U.S. Customs & Border Protection<br>1300 Pennsylvania Ave., NW<br>Washington, DC 20229 |

/s/ Nancy A. Fischer
Nancy A. Fischer
