UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| VICTAULIC COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Court No. 22-00022 |

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, Victaulic Company, by its undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those actions listed on the attached schedule.

Dated: Aug. 30, 2023

[*Signature page to follow*]

Victaulic Company v. United States
Court No. 22-00022
Stipulation of Dismissal

/s/ *Nancy A. Fischer*

Nancy A. Fischer
Partner
**Pillsbury Winthrop Shaw Pittman LLP**
1200 Seventeenth Street NW Washington, DC 20036
Telephone: (202)-663-8000
Facsimile: (202)-663-8007
nancy.fischer@pillsburylaw.com

*Attorney for Plaintiff Victaulic Company*

Dated: August 30, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

EDWARD F. KENNY
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
Phone: (212) 264-0480
edward.kenny@usdoj.gov

*Attorney for Defendant*

Dated: AUG. 30, 2023

Victaulic Company v. United States
Court No. 22-00022
Stipulation of Dismissal

## SCHEDULE TO STIPULATION OF DISMISSAL

| Court Number | Plaintiff Name | Protest Numbers | Entry Numbers |
|---|---|---|---|
| 22-00022 (applicable to all protests and entries on this schedule) | Victaulic Company (applicable to all protests and entries on this schedule) | **270420129302** | 2316444579-8 |
| | | 270420129302 | 2316445835-3 |
| | | 270420129302 | 2316445836-1 |
| | | 270420129302 | 2316448073-8 |
| | | 270420129302 | 2316447764-3 |
| | | 270420129302 | 2316447909-4 |
| | | 270420129302 | 2316447648-8 |
| | | 270420129302 | 2316447296-6 |
| | | **170320106439** | 2316434727-5 |
| | | 170320106439 | 2316436766-1 |
| | | **270420129274** | 2316442440-5 |
| | | 270420129274 | 2316443491-7 |
| | | 270420129274 | 2316443605-2 |
| | | 270420129274 | 2316444573-1 |
| | | 270420129274 | 2316444566-5 |
| | | 270420129274 | 2316445729-8 |
| | | 270420129274 | 2316445935-1 |
| | | 270420129274 | 2316446456-7 |
| | | 270420129274 | 2316446450-0 |
| | | 270420129274 | 2316446934-3 |
| | | 270420129274 | 2316446457-5 |
| | | 270420129274 | 2316445788-4 |
| | | **460120115684** | 2316451417-1 |
| | | **130320101853** | 2316442323-3 |
| | | 130320101853 | 2316443720-9 |
| | | 130320101853 | 2316443392-7 |
| | | 130320101853 | 2316444567-3 |
| | | 130320101853 | 2316444091-4 |
| | | 130320101853 | 2316444730-7 |
| | | 130320101853 | 2316445407-1 |
| | | 130320101853 | 2316445240-6 |
| | | 130320101853 | 2316445695-1 |
| | | **130320101859** | 2316445411-3 |
| | | 130320101859 | 2316446164-7 |
| | | 130320101859 | 2316447674-4 |
| | | 130320101859 | 2316447065-5 |

Victaulic Company v. United States
Court No. 22-00022
Stipulation of Dismissal

| Court Number | Plaintiff Name | Protest Numbers | Entry Numbers |
|---|---|---|---|
| | | 130320101859 | 2316448100-9 |
| | | 130320101859 | 2316447778-3 |
| | | 130320101859 | 2316448351-8 |
| | | 130320101859 | 2316449158-6 |
| | | **270420128899** | 2316433844-9 |
| | | 270420128899 | 2316438056-5 |
| | | 270420128899 | 2316434595-6 |
| | | 270420128899 | 2316436982-4 |
| | | 270420128899 | 2316436377-7 |
| | | 270420128899 | 2316436347-0 |
| | | 270420128899 | 2316437096-2 |
| | | 270420128899 | 2316437652-2 |
| | | **270420128572** | 2316433171-7 |
| | | 270420128572 | 2316435137-6 |
| | | 270420128572 | 2316435427-1 |
| | | 270420128572 | 2316434994-1 |
| | | 270420128572 | 2316435744-9 |
| | | **270420128929** | 2316437670-4 |
| | | 270420128929 | 2316438330-4 |
| | | 270420128929 | 2316437663-9 |
| | | 270420128929 | 2316438810-5 |
| | | 270420128929 | 2316439937-5 |
| | | 270420128929 | 2316439887-2 |
| | | 270420128929 | 2316439807-0 |
| | | **390120112709** | 2316439894-8 |
| | | 390120112709 | 2316439698-3 |
| | | 390120112709 | 2316440641-0 |
| | | 390120112709 | 2316440433-2 |
| | | 390120112709 | 2316441059-4 |
| | | 390120112709 | 2316441600-5 |
| | | 390120112709 | 2316441602-1 |
| | | 390120112709 | 2316442448-8 |
| | | **419720103402** | 2316440551-1 |
| | | 419720103402 | 2316440553-7 |
| | | 419720103402 | 2316441834-0 |
| | | 419720103402 | 2316441610-4 |
| | | 419720103402 | 2316443306-7 |
| | | 419720103402 | 2316442835-6 |
| | | 419720103402 | 2316443389-3 |

Victaulic Company v. United States
Court No. 22-00022
Stipulation of Dismissal

## ORDER OF DISMISSAL

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: August 31, 2023

                          Clerk, U.S. Court of International Trade

                          By: /s/ Steve Taronji
                                  Deputy Clerk